IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ASHER BRONSTIN,** individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**LENDING FORCE LLC**,

    Defendant.

Case No. 2:25-cv-13564-LJM-DRG
Hon. Laurie J. Michelson
Magistrate Judge David R. Grand

_____

## APPEARANCE

TO:   Clerk of the Court and All Counsel of Record

**PLEASE TAKE NOTICE** that Alexander A. Ayar of Williams, Williams, Rattner & Plunkett, P.C. hereby enters his appearance on behalf of Defendant, LENDING FORCE LLC in the above-captioned matter.

    Respectfully submitted,
    WILLIAMS, WILLIAMS, RATTNER &
    PLUNKETT, PC

    By:  _s/ Alexander A. Ayar_
    ALEXANDER A. AYAR (P69623)
    MICHAEL J. PETRUS (P84605)
    380 N. Old Woodward Avenue, Suite 300
    Birmingham, Michigan 48009
    (248) 642-0333
    aayar@wwrplaw.com
    mpetrus@wwrplaw.com

Dated:  November 12, 2025           _Attorneys for Defendant_

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2025, I filed the foregoing electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this matter.

 s/ *Lisa Simpkins, Legal Assistant*
Lisa Simpkins, Williams, Williams, Rattner & Plunkett