UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-13564-LJM-DRG |
| Plaintiff, | Hon. Laurie J. Michelson |
| v. | Magistrate Judge David R. Grand |
| LENDING FORCE LLC, | |
| Defendant. _____/ | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

                                      Respectfully Submitted,

                                      BLACKMORE LAW PLC

                                      /s/ George T. Blackmore
                                      By: George T. Blackmore (P76942)
                                      1100 Owendale Drive
                                      Suite M
                                      Troy, MI 48083
                                      Phone: (888) 835-2993
                                      george@blackmore.law
                                      *Local Counsel for Plaintiff and the proposed class*

Dated: November 21, 2025

## **CERTIFICATE OF SERVICE**

I certify that on November 21, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore