IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ASHER BRONSTIN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**LENDING FORCE LLC**<br><br>*Defendant.* | Case No. 2:25-CV-13564-LJM-DRG<br><br>Hon. Laurie. J. Michelson<br>Magistrate Judge. David R. Grand |

### NOTICE OF APPEARANCE FOR COUNSEL FOR DEFENDANT LENDING FORCE LLC

PLEASE TAKE NOTICE that the following attorney of Troutman Amin, LLP hereby appears as counsel of record for Defendant Lending Force LLC:

Brittany A. Andres
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
brittany@troutmanamin.com
Telephone: +1 949 350 5612
Facsimile: +1 949 203 8689

Please include Ms. Andres on all further notices, papers, and pleadings for this case.

//

//

1

Dated: January 14, 2026	Respectfully submitted,

        By: /s/ *Brittany A. Andres*
            Brittany Andres
            California Bar No. 340856
            Troutman Amin, LLP
            400 Spectrum Center Dr.,
            Suite 1550
            Irvine, CA 92618
            Telephone: (949) 350-3663
            brittany@troutmanamin.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2026, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ *Brittany A. Andres*
        Brittany A. Andres