MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Asher Bronstin

    Plaintiff(s),

v.

Lending Force LLC

    Defendant(s).
_____/

Case No.    2:25-cv-13564-LJM-DRG

Judge    District Judge Laurie J. Michelson

Magistrate Judge    David R. Grand

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Lending Force LLC__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❏     No **x**

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❏     No **x**

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: __01/16/2025__

/s/ Brittany A. Andres
Signature

340856
Bar No.

400 Spectrum Center, Ste 1550
Street Address

Irvine, CA 92618
City, State, Zip Code

949-350-5612
Telephone Number

brittany@troutmanamin.com
Primary Email Address