UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ASHER BRONSTIN, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.

LENDING FORCE LLC,

      Defendant.

Case No. 2:25-13564
District Judge Laurie Jill Michelson
Mag. David R. Grand

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS

This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Asher Bronstin, shall have an extension to and including February 20, 2026 to respond to the Defendant's Motion to Dismiss and Motion to Strike and that Defendant shall have an extension to and including March 13, 2026 to file a reply;

IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss and Motion to Strike to and including February 20, 2026 and the Defendant to file a reply up to and including March 13, 2026.

Dated: January 22, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

SO STIPULATED:

**PERRONG LAW LLC**

By: /s/Andrew Roman Perrong
   Andrew Roman Perrong
Attorney for Plaintiff
2657 Mt. Carmel Avenue
Glenside, PA 19038
Phone: (215) 225-5529
Fax: (888) 329-0305
Email: a@perronglaw.com

**TROUTMAN AMIN LLP**

By: /s/ Brittany A. Andres
Eric J. Troutman
Brittany A. Andres
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612
*Attorneys for Defendant Lending Force LLC*

2