## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ASHER BRONSTIN, individually
and on behalf of all others
similarly situated,                    Case No. 2:25-cv-13564

                                                                     District Judge Laurie Jill Michelson
      Plaintiff,                    Mag. David R. Grand
v.

LENDING FORCE LLC,

      Defendant.

---

### NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that all parties have reached a settlement in this matter as to all claims, and intend to file a notice of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED AND DATED this February 17, 2026

                */s/ Andrew Roman Perrong*
                Andrew Roman Perrong, Esq.
                Perrong Law LLC
                2657 Mount Carmel Avenue
                Glenside, Pennsylvania 19038
                Phone: 215-225-5529 (CALL-LAW)
                Facsimile: 888-329-0305
                a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
