# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ASHER BRONSTIN**, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

**LENDING FORCE LLC**,

        Defendant.

Case No. 25-cv-13564-LJM-DRG

---

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Troutman Amin, LLP, attorneys for Lending Force LLC, hereby provides notice of a change of suite number in its address. All future correspondence, notices, and pleadings should be directed to the undersigned counsel as follows:

Eric J. Troutman (State Bar # 229263)
Puja J. Amin (State Bar # 299547)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center, Ste. 1450
Irvine, CA 92618

1

Respectfully submitted,

TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612
*Attorneys for Defendant Lending Force LLC*

WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
Alexander A. Ayar (P69623)
Michael J. Petrus (P84605)
380 N. Old Woodward, Ste 300
Birmingham, MI 48009
(248) 642-0333
aayar@wwrplaw.com
mpetrus@wwrplaw.com
*Attorneys for Defendant Lending Force LLC*

Dated: April 6, 2026

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ASHER BRONSTIN**, individually and on
behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff, | Case No. 25-cv-13564-LJM-DRG |
| v. | |
| | Hon. Laurie J. Michelson |
| **LENDING FORCE LLC**, | Magistrate Judge David R. Grand |
| Defendant. | |

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2026, I caused a copy of the foregoing Notice of Change of Address and this Certificate of Service to be filed electronically with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

*/s/ Brittany A. Andres*
BRITTANY A. ANDRES

1