# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ASHER BRONSTIN, individually
and on behalf of all others
similarly situated,                         Case No. 2:25-cv-13564

                                            District Judge Laurie Jill Michelson
      Plaintiff,                     Mag. David R. Grand

v.

LENDING FORCE LLC,

      Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ASHER

BRONSTIN and Defendant LENDING FORCE LLC, hereby stipulate to dismiss

the Plaintiff's individual claims with prejudice, with each party to bear its own costs

and attorneys' fees.


Respectfully submitted this April 24, 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
Telephone: 215-225-5529
Lead attorney for Plaintiff and the Proposed
Class

*/s/ Brittany Andres*
Brittany Andres (With Permission)
Troutman Amin, LLP
400 Spectrum Center, Ste. 1450
Irvine, CA 92618
Phone: 949-350-5612
Facsimile: 949-203-8689
brittany@troutmanamin.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I filed the foregoing document using the courts CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong

2